

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2014

No. 04-14-00550-CV

**IN RE FREEDOM BIBLE RESEARCH INSTITUTE**,
a/k/a Body of Christ Camp and Timothy Raub

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Catherine Stone, Chief Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

On August 4, 2014, relators Freedom Bible Research Institute a/k/a Body of Christ Camp and Timothy Raub filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than August 27, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on August 6th, 2014.           PER CURIAM

ATTESTED TO: _____
                       Keith E. Hottle
                       Clerk of Court

---

[1] This proceeding arises out of Cause No. 2009CI00467, styled *Frances McClintock, Individually and as Next Friend of S.M., A Minor Child v. Love Demonstrated Ministries International, Inc., et al.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.